UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ANTHONY CARBONE,

Plaintiff,

- against -

BJ'S WHOLESALE CLUB HOLDINGS, INC., and BJ'S WHOLESALE CLUB, INC. d/b/a BJ'S WHOLESALE CLUB,

Defendants.

-----------------------------------------------------------------X

Civil Action No.: 19-cv-1774

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that J. Daniel Velez, Esq. of GOLDBERG SEGALLA LLP has been retained by, and appears for Defendant, BJ'S WHOLESALE CLUB, INC. i/s/h/a BJ'S WHOLESALE CLUB HOLDINGS, INC. and BJ'S WHOLESALE CLUB, INC. d/b/a BJ'S WHOLESALE CLUB, in the above-entitled action and requests that all Notices and other papers be served upon him at Goldberg Segalla LLP, P.O. Box 780, Buffalo, New York, 14201.

Dated: Garden City, New York
March 28, 2019

**GOLDBERG SEGALLA LLP**

J. Daniel Velez, Esq. [4709]
*Attorney for Defendants*
PO Box 780
Buffalo, New York, 14201
Office Address:
200 Garden City Plaza, Suite 520
Garden City, New York 10022
Telephone: (516) 267-5915
GS File No.: 1342.0248

7280713.1